## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ALICIA HERVEY JOHNSON**
**ADC #710936**                                              **PLAINTIFF**

**v.**                          **No. 3:18-cv-111-DPM**

**ARKANSAS COMMUNITY**
**CORRECTIONS**                                             **DEFENDANT**

### ORDER

Johnson hasn't responded; her mail is being returned undelivered. № 5. Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_20 August 2018_