# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ALICIA HERVEY JOHNSON
ADC #710936                                                                    PLAINTIFF

v.                          No. 3:18-cv-111-DPM

ARKANSAS COMMUNITY
CORRECTIONS                                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2018